# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

---

THOMAS J. MORAN, et al.,

          Plaintiffs,     1:19-cv-0960 (BKS/DJS)

v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

---

**Appearances:**

*Plaintiff pro se*
Thomas J. Moran
Albany County Correctional Facility
840 Albany Shaker Road
Albany, NY 12211

**Hon. Brenda K. Sannes, United States District Judge:**

## DECISION AND ORDER

  Plaintiff Thomas J. Moran commenced this action on August 6, 2019 and sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 1, 2). This matter was referred to United States Magistrate Judge Daniel J. Stewart who, on October 1, 2019, granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed with leave to replead. (Dkt. No. 7). The Report-Recommendation stated that Plaintiff had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 6).

  The Report-Recommendation was sent to Plaintiff's last known address, but was returned to the Court marked "Returned to Sender, No Longer Incarcerated at Facility." (Dkt. No. 8). On

December 23, 2019, the Court issued an Order granting Plaintiff an additional fourteen days to notify the Court of his current address and file any objections to the Report-Recommendation. (Dkt. No. 9). That Order was also returned to the Court marked "Returned to Sender, No Longer Incarcerated at Facility." (Dkt. No. 10). Plaintiff has failed to respond to the December 23, 2019 Order or submit objections to the Report-Recommendation.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

Accordingly, it is

**ORDERED** that the Complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and it is further

**ORDERED** that if Plaintiff wishes to proceed with this action he must file an Amended Complaint, as set forth in the Report-Recommendation, **within thirty (30) days** of the date of this Order; and it is further

**ORDERED** that if Plaintiff fails to file an Amended Complaint as directed, the Clerk shall enter judgment indicating that this action is **DISMISSED without prejudice**; and it is further

**ORDERED** that the Clerk of the Court serve a copy of this Decision and Order on Plaintiff.

**IT IS SO ORDERED.**

Dated: February 3, 2020
Syracuse, New York

Brenda K. Sannes
U.S. District Judge

2